

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2019

No. 04-19-00315-CV

Juan Jesus Isaias **LOPEZ**, EBG Cargo LLC Mario Albert Rodriguez,
Appellants

v.

Lawrence **STURDEN**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVA001873D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Cynthia M. Perez Lenz is responsible for filing the reporter's record in this appeal. The reporter's record was originally due on **June 19, 2019**. On July 1, 2019, we granted Ms. Lenz's first request for an extension of time to file the reporter's record to August 5, 2019. On August 14, 2019, we granted Ms. Lenz's second request for an extension of time to the reporter's record to September 5, 2019. We warned Ms. Lenz that no further extensions of time would be granted absent extenuating circumstances.

To date, Ms. Lenz has wholly failed to file the reporter's record.

**Therefore, we ORDER CYNTHIA M. PEREZ LENZ to file the reporter's record in Appeal No. 04-19-00315-CV on or before <u>Monday, October 7, 2019</u>. NO EXTENSIONS WILL BE GRANTED. If Ms. Lenz fails to file the reporter's record in Appeal No. 04-19-00315-CV as ordered, Ms. Lenz may be ordered to appear and show cause why she should not be held in civil or criminal contempt or otherwise sanctioned.** *See* **TEX. R. APP. P. 35.3(c), 37.3(a).**

We also ORDER the Clerk of this Court to mail a copy of this order to the trial judge, the Honorable Jose A. Lopez. *See* TEX. R. APP. P. 35.3(c) ("The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.").

_____
Irene Rios, Justice


      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2019.



_____
Keith E. Hottle,
Clerk of Court